**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

MARIJE VUSHAJ, ET. AL,                            :
                                                  :
                            Plaintiffs   :        1:26-CV-00151 (ALC)
                                                  :
--v.-                                     :        **ORDER**
                                                  :
                                                  :
KRISTI NOEM, ET. AL.,                     :
                            Defendants.   :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on **February 18, 2026** at **3:00**

**p.m.**   All parties shall appear and should contact the Court at 1-855-244-8681 (access code:

2305 370 0226#).


**SO ORDERED.**

**Dated:** January 22, 2026

                                          _____

      **New York, New York**                   **ANDREW L. CARTER, JR.**
                                          **United States District Judge**