**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**MARIJE VUSHAJ, ET. AL,**                                                                 :
                                                                                                               :
                                                                               **Plaintiffs**   :            **1:26-CV-00151 (ALC)**
                                                                                                               :
**--v.-**                                                                                                  :            **ORDER**
                                                                                                               :
                                                                                                               :
**KRISTI NOEM, ET. AL.,**                                                                  :
                                                                               **Defendants.**  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action regarding Plaintiff's Motion

for a Temporary Restraining Order on **March 9, 2026** at **11:00 a.m.**   All parties shall appear

and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** March 9, 2026

      **New York, New York**                                           **ANDREW L. CARTER, JR.**
                                                                                                    **United States District Judge**