UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| **MARIJE VUSHAJ, ET. AL,** | : |
| Plaintiffs  : | 1:26-CV-00151 (ALC) |
| --v.-    : | <u>**ORDER**</u> |
| **KRISTI NOEM, ET. AL.,** | : |
| Defendants. : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      This Order memorializes the Court's oral ruling on Petitioner's Motion for a Temporary Restraining Order (Dkt. No. 9), which was made at an emergency telephonic hearing held today. Petitioner seeks an Order requring the return of the Male Petitioner to this district and preventing his removal from the United States. Dkt. No. 9. In an action involving a writ for mandamus "[t]he Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo." *Hoang Nguyen v. Bondi*, No. 2:25-cv-02617-TL, 2025 LX 505492 at *5 (W.D. Wash. Dec. 19, 2025). Accordingly, in order to preserve the Court's jurisdiction pending a ruling on the Petition, the Respondent is **ORDERED** to return the Male Petitioner to this district. Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, it is further **ORDERED** that Respondents not transfer the Male Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. It is further **ORDERED** that the Male Petitioner not be removed from the United States absent further order of this Court. This order will remain in effect unless and until it is vacated or modified by this Court.

    **SO ORDERED.**

    **Dated:** March 9, 2026

        New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**