UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARIJE VUSHAJ, ET. AL,

                                               **Plaintiffs**         1:26-CV-00151 (ALC)

-v-                                                      **ORDER**

KRISTI NOEM, ET. AL.,

                                              **Defendants.**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      This Order memorializes the Court's oral ruling with respect to the Chile Petitioner and Female Petitioner at today's telephonic hearing. In an action involving a writ for mandamus "[t]he Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo." *Hoang Nguyen v. Bondi*, No. 2:25-cv-02617-TL, 2025 LX 505492 at *5 (W.D. Wash. Dec. 19, 2025). Accordingly, in order to preserve the Court's jurisdiction pending a ruling on the Petition, Respondents are hereby prohibited from detaining the Child or Female Petitioners. Moreover, in light of Petitioners' interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, it is further **ORDERED** that the Child and Female Petitioner not be removed from the United States absent further order of this Court. This order will remain in effect unless and until it is vacated or modified by this Court.

      The Parties are **ORDERED** to file a joint status report by **March 20, 2026**. The report should provide the Court with an update regarding the status of this matter, including an update on any progress towards the filing of a stipulated dismissal of this action.

**SO ORDERED.**

**Dated:** March 9, 2026

    New York, New York

                                                                                 **ANDREW L. CARTER, JR.**
                                                                                 **United States District Judge**