USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/17/2026



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 20, 2026

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Marjie Vushaj et al. v. Kristi Noem et al*, No. 26 Civ. 151 (ALC)

Dear Judge Carter:

    This Office represents the Government in the above-referenced mandamus action. I write respectfully to provide the Court with an update regarding the parties' continued efforts to resolve this matter, and to request a fourth, thirty-day extension of time, on consent, to Friday, June 19, 2026, for the government to respond to the complaint.

    Since this Office's last update on April 29, 2026, ECF No. 18, the female and child were referred to the Immigration Court for review of the negative credible fear finding. On May 1, 2026, the Immigration Court entered an order returning the matter to the Department of Homeland Security for further action, because Petitioner failed to appear. Counsel for Petitioner has alleged that the Immigration Court did not provide proper notice of the hearing, and has consented to this request for an extension to attempt to resolve that issue.

    I thank the Court for its consideration of this request.

<div style="margin-left:50%">

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    s/ *Tudor M. Neagu*
    TUDOR M. NEAGU
    Special Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (646) 906-5441
    E-mail: tudor.neagu@usdoj.gov
    *Attorney for Respondents*

</div>

cc: Counsel of Record (via ECF)

The parties' request is GRANTED. Defendant will answer or otherwise respond to the Complaint by June 22, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 17, 2026